**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDREY YUDENKO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 06 Civ. 4161 |
| v. | : | |
| | : | JUDGE LAWRENCE F. STENGEL |
| VINCENT GUARINI, et al.; | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this ____ day of _____ 20___, Plaintiff's Motion In Limine is HEREBY GRANTED. Accordingly, it is HEREBY ORDERED that only those facts material to the issues presented in this action based on the Americans with Disabilities Act and Pennsylvania state tort law are admissible, and Defendants are precluded from offering any testimony or other evidence at trial regarding the criminal record and/or misconducts of Plaintiff.

By the Court:

_____
**J.**