IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREY YUDENKO, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 06-4161 |
| | : | |
| VINCENT GUARINI, ET AL., | : | |
| Defendants | : | |

**O R D E R**

**AND NOW**, this 16th day of July, 2009, upon consideration of the plaintiff's motion in limine to exclude his prior convictions (Document # 56) as well as the defendants' response thereto, it is hereby **ORDERED** that the motion is **DENIED in part** and **GRANTED in part**. Specifically, the motion is **GRANTED** in all respects except as to the following crimes, evidence of which is admissible:

(1) September 1, 2006 convictions for DUI and receiving stolen property;

(2) May 19, 2004 plea of no contest to theft by unlawful taking;

(3) November 20, 2003 plea of no contest to receiving stolen property;

(4) May 10, 2002 conviction for DUI.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.