IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREY YUDENKO,<br>Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 06-4161 |
| VINCENT GUARINI, ET AL.,<br>Defendants | : | |

FILED

MICHAEL E. KUNZ, Clerk
Dep Clerk

## O R D E R

AND NOW, this 31 day of August, 2009, upon consideration of defendants' motion in limine to preclude plaintiff from testifying about the nature and duration of his injuries (Document #66), as well as plaintiff's response thereto, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

LAWRENCE F. STENGEL, J.