IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREY YUDENKO, | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 06-4161 |
| | : | |
| VINCENT GUARINI, ET AL., | : | |
| **Defendants** | : | |

FILED

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW**, this 3rd day of July, 2009, upon consideration of defendants' motion in limine to preclude plaintiff's claim for payment of medical bills (Document #63), as well as plaintiff's response thereto, it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED as moot** in part.[1]

BY THE COURT:

LAWRENCE F. STENGEL, J.

---

[1] In his response to this motion in limine (Document #70), Yudenko states that he does not intend to introduce evidence of wage loss, therefore that portion of the motion is moot.