IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANDREY YUDENKO, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 06-cv-4161 |
| | : | |
| VINCENT GUARINNI, et al. | : | |
| Defendants | : | |

## ORDER

AND NOW, this 14th day of June, 2010, upon consideration of plaintiff's motion to vacate clerk's taxation of costs (Doc. #100), defendants' response thereto (Doc. #101), and plaintiff's reply (Doc. #102), it is hereby ORDERED that the plaintiff's motion is GRANTED for the reasons set forth in the accompanying memorandum. The Clerk of Court's taxation of costs is vacated.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.